1

2                                        **JS-6**

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11   MR. GARRETT WARREN, an   )    Case No. EDCV 08-72-VAP
     individual,              )    (OPx)
12                            )
                  Plaintiff,  )    **JUDGMENT**
13                            )
           v.                 )
14                            )
     CITY OF SAN BERNARDINO,  )
15   CALIFORNIA, a municipal  )
     corporation; CITY OF SAN )
16   BERNARDINO POLICE        )
     DEPARTMENT, a municipal  )
17   subdivision; DET. GARY   )
     SCHULKE, in his official )
18   capacity as an           )
     agent/employee of CITY   )
19   OF SAN BERNARDINO,       )
     CALIFORNIA, and in his   )
20   individual capacity, and )
     DOES 1 through 100,      )
21                            )
                  Defendants. )
22   _____ )

23

24   **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

25       Pursuant to the Order filed herewith, IT IS ORDERED

26   AND ADJUDGED that Plaintiff's First Amended Complaint is

27   ///

28

1  DISMISSED WITH PREJUDICE.   The Court orders that such

2  judgment be entered.

3

4

5  Dated: __July 29, 2008__    _____

6                                      VIRGINIA A. PHILLIPS
                              United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28